RECEIVED
JUL 06 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES GUSTAV KRIEDER | CIVIL ACTION NO. 5:14-cv-3361 |
| VS. | SECTION P |
| | JUDGE WALTER |
| CADDO CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

**Consolidated With**

| | |
|---|---|
| JAMES GUSTAV KRIEDER | CIVIL ACTION NO. 5:14-cv-3457 |
| VS. | SECTION P |
| | JUDGE WALTER |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §§1915 and 1915A.

The Clerk of Court is directed to send a copy of this judgment to the Keeper of the Three Strikes List.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 6 day of July, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE